**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH SCOTT RATLIFF,**<br>[DOB: 07/20/1975]<br><br>Defendant. | Case No. 2:26-cr-04085-RK<br><br>**COUNT 1**<br>**(Distribution of Child Pornography)**<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 and NMT 20 Years' Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years up to Life Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (Each Count) |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Distribution of Child Pornography)
18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about, March 4, 2026, said date being approximate, within Hickory County, in the Western District of Missouri, and elsewhere, the defendant, **KENNETH SCOTT RATLIFF**, knowingly distributed any visual depiction that had been mailed and shipped and transported in or affecting interstate commerce, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL.

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

10-20-26
DATE

Ashley S. Turner
Assistant United States Attorney
Missouri Bar No. 62314